AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

V.

NILAM KIRANSINH CHAVDA

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 8:26-MJ-7 (GLF)

Pursuant to the Memorandum-Decision and Order issued by District Judge Mae A. D'Agostino on 10/23/26 (Dkt. No. 30) remanding this case, the Defendant Nilam Kiransinh Chavda's conviction is vacated. The Defendant is found not guilty and is acquitted and discharged.

Gary L. Favro

Signature of Judge

Gary L. Favro — Magistrate Judge

Name of Judge — Title of Judge

Oct. 29, 2026

Date